United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 14, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-10789

Summary Calendar

GRACIELA MARTINEZ,

Plaintiff-Appellant

versus

PRESTIGE FORD GARLAND LIMITED PARTNERSHIP,
doing business as Prestige Ford,

Defendant-Appellee

Appeal from the United States District Court
For the Northern District of Texas

(USDC No. 3:03-CV-251-L)

Before REAVLEY, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

We affirm the grant of summary judgment to defendant for essentially the reasons stated by Judge Lindsay in his detailed memorandum opinion.

AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.